UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 418-170 |
| | ) | |
| BARBARA RICHARDSON | ) | |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Barbara Richardson is GRANTED. The indictment is hereby dismissed without prejudice.

So ORDERED, this 6th day of January 2020.

_____
HONORABLE WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA